901 So.2d 1103 (2005)
Rose Mary LEMASTERS
v.
BOYD GAMING CORPORATION and Treasure Chest Casino, L.L.C. d/b/a Treasure Chest Casino.
No. 2005-C-0751.
Supreme Court of Louisiana.
May 6, 2005.
In re Boyd Gaming Corporation et al.; Treasure Chest Casino, L.L.C. d/b/a; Treasure Chest Casino;Defendant(s); Applying for Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. N, No. 574-071; to the Court of Appeal, Fifth Circuit, No. 04-CA-1054.
Denied.